MICHAEL J. K. REILLY, Respondent, v. HENRI GUTMANN SILKS CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and demurrer overruled, and defendant's motion for judgment on the counterclaim granted, with ten dollars costs, with leave to plaintiff to withdraw the demurrer and reply within twenty days on payment of ten dollars costs, upon the ground that the counterclaim does " tend, in some way, to diminish or defeat the plaintiff's recovery," as required by section 501 of the Code of Civil Procedure. Mills, Putnam and Kelly, JJ., concur; Jenks, P. J., and Jaycox, J., vote to affirm.

SHELTER REALTY CO., INC., Respondent, v. GUSTAF W. MATTSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. The preliminary agreement set forth in the complaint refers to another draft agreement submitted by defendant's attorney to plaintiff. This draft agreement is not before the court, but evidently it is in writing, and we cannot assume that it is insufficient or unenforcible. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of Proceedings Supplementary to Execution. THE VOGUE COMPANY, Respondent, v. EMILE FORQUIGNON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, and stay vacated. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

JOHN V. ALEXANDER, Appellant, v. WELLINGTON LOUNSBURY, Respondent. — Order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JACOB GOLDBERG, Respondent, v. ESPHIERRA GOLDBERG, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

MACK HIGHLAND, Respondent, v. LAWRENCE YORDT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.